[No. 5135–8–III.   Division Three.   May 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON EUGENE GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 81–8–00765–2, Cameron K. Hopkins, J. Pro Tem., entered March 18, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and McInturff, J.

[No. 4934–1–II.   Division Two.   May 9, 1983.]

VINCIL EUGENE MANRING, *Respondent*, v. DOUGLAS A. WALLACE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 40262, Alan R. Hallowell, J., entered June 6, 1980. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5617–8–II.   Division Two.   May 9, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBBIE J. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 80–1–00001–5, John W. Schumacher, J., entered May 28, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 9908–6–I.   Division One.   May 9, 1983.]

HELEN FRESONKE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 41103, Walter J. Deierlein, Jr., J., entered January 20, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Ringold, JJ.